UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. v. , Crim. No. 21-802

## PETITION FOR WRIT OF HABEAS CORPUS

1. LAMONT VAUGHN, DOB: 02/06/1983, SBI#: 334784C, FBI#: 176540HB0 is now confined to Essex County Correctional Facility in Newark, New Jersey.

2. LAMONT VAUGHN, DOB: 02/06/1983, SBI#: 334784C, FBI#: 176540HB0 will be required at the U.S. District Court in Newark, New Jersey for an arraignment via Zoom video conference. A Writ of Habeas Corpus should be issued for that purpose.

DATED: October 26, 2021
Newark, NJ

_____
Naazneen Khan, Assistant U.S. Attorney Petitioner

## ORDER

Let the Writ Issue.

DATED:
10/26/2021

_____
Honorable Leda Dunn Wettre, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility
WE COMMAND YOU that you have the body of

LAMONT VAUGHN, DOB: 02/06/1983, SBI#: 334784C, FBI#: 176540HB0

now confined at the Essex County Correctional Facility, brought to the United States District Court, on **Wednesday**, **November 3, 2021**, at **1:00 p.m.**, for an **arraignment hearing via Zoom video conference.**

WITNESS the Hon. Leda Dunn Wettre
United States Magistrate Judge
Newark, New Jersey

DATED:
10/26/21

Lorraine McNerney
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk